DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID A. BOWIE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2489

[February 17, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Ashley Zuckerman, Judge; L.T. Case No. 50-2003-CF-004663-AXXX-MB.

David M. Robbins of Epstein & Robbins, Jacksonville, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., CIKLIN and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***